UNITED STATES of America,
Plaintiff–Appellee,

v.

Jean Roussel ELOI, Defendant–Appellant.

No. 15-13868
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 10/13/2016

Cherie Krigsman, Michelle Thresher Taylor, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Bruce S. Ambrose, Nicole M. Andrejko, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee

Rosemary Cakmis, Donna Lee Elm, Maria Guzman, Federal Public Defender's Office, Orlando, FL, Jean Roussel Eloi, FCI Coleman Medium—Inmate Legal Mail, Coleman, FL, for Defendant–Appellant

Before TJOFLAT, WILLIAM PRYOR and JILL PRYOR, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed appellate counsel for Jean Eloi, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Eloi's convictions and sentences are AFFIRMED. All pending motions are DENIED as moot.